IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

BOSTON FEDERAL SAVINGS BANK,  )
                              )           04-10474 GAO
        Plaintiff,            )
                              )
v.                            )    CIVIL ACTION
                              )    NO.
MICHELE A. DEANGELIS,         )
HAROLD B. MURPHY, TRUSTEE,    )    MAGISTRATE JUDGE Cohen
CHAMPION MORTGAGE CO., INC.,  )
SHAUN CARVELLI D/B/A ARTISTIC )
INTERIOR, ELLEN R. MARCUS,    )
MARK T. COLLINS,              )    Formerly
MASSACHUSETTS DEPARTMENT OF   )    Suffolk Superior Court
REVENUE, and INTERNAL         )    C.A. No. 04-0305
REVENUE SERVICE,              )
                              )
        Defendants.           )
                              )

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The Plaintiff, Boston Federal Savings Bank, has filed a Complaint in Interpleader pending in the Commonwealth of Massachusetts Superior Court for Suffolk County, entitled Boston Federal Savings Bank v. Michele A. DeAngelis et al., Case No. 04-0308.

2. The subject matter of the interpleader is property on which the United States has a lien.

3. The United States may have an interest in the interplead funds. (Complaint ¶18(h)).

4. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§1441, 1442 and/or 1444.

5. No prior removal of this action has been attempted.

6. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b).

7. Copies of all pleadings received by the defendant United States are attached hereto.

 

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney

_/s/ Stephen J. Turanchik_
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 3-9-04

_Barbara Healy Smith_
Assistant U.S. Attorney

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. __04-0308__



BOSTON FEDERAL SAVINGS BANK , Plaintiff(s)

v.

INTERNAL REVENUE SERVICE , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon __P. Anderson Henderson, Jr.__
__Looney & Grossman LLP__
plaintiff's attorney, whose address is __101 Arch St., Boston, MA 02110__ , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the __30th__ day of __January__ , in the year of our Lord two thousand __2004__ .

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.



COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, SS. | SUPERIOR COURT DEPARTMENT<br>CIVIL ACTION NO. |

04-0308

BOSTON FEDERAL SAVINGS BANK,

    Plaintiff,

v.

MICHELE A. DEANGELIS,
HAROLD B. MURPHY, TRUSTEE,
CHAMPION MORTGAGE CO., INC.,
SHAUN CARVELLI D/B/A/ARTISTIC
INTERIOR, ELLEN R. MARCUS, MARK T.
COLLINS, MASSACHUSETTS DEPT.
OF REVENUE, AND THE INTERNAL
REVENUE SERVICE,

    Defendants.

## COMPLAINT FOR INTERPLEADER

### Parties

1. The plaintiff Boston Federal Savings Bank ("BFSB"), is a federally chartered savings bank established under the laws of the United States and having a usual place of business at 17 New England Executive Park, Burlington, MA.

2. The defendant, Michele A. DeAngelis (the "Debtor"), is an individual that formerly resided at 45 Alberta Road, Chestnut Hill, MA.

3. The defendant, Harold B. Murphy, is the duly appointed trustee in bankruptcy of the Debtor and is an attorney at Hanify & King, P.C., One Beacon Street, Boston, MA.

4. The defendant, Champion Mortgage Co., Inc., is a banking institution established under the laws of New Jersey and upon information and belief having a usual place of business at 20 Waterview Blvd., Parsippany, NJ.

5. The defendant, Shaun Carvelli d/b/a Artistic Interiors is an individual that can be reached c/o Sullivan & Sullivan, PC, 80 Washington Street, Norwell, MA.

6. The defendant, Ellen R. Marcus is an individual with a residence located at 110 Clark Rd., Brookline MA.

7. The defendant, Mark T. Collins is an individual with a residence located at 329D Boston Post Rd., Sudbury, MA.

8. The defendant, Massachusetts Department of Revenue, is a Massachusetts state agency with a usual place of business at 51 Sleeper Street, Boston, MA.

9. The defendant, the Internal Revenue Service, is a federal agency with a usual place of business at JFK Federal Building, Boston, MA.

## Facts

10. On February 11, 2003, the Debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Code, Case No. 03-11074-WCH.

11. On October 17, 2003, the Debtor converted the Chapter 13 bankruptcy to a Chapter 7.

12. On October 27, 2003, Harold B. Murphy was appointed Chapter 7 trustee ("Trustee") pursuant to 11 U.S.C § 701(a)(1).

13. On December 29, 2003, the Trustee filed his report of no distribution with the United States Bankruptcy Court for the District of Massachusetts ("Bankruptcy Court") stating that the Debtor's estate had no value over and above that exempted by law.

14. The plaintiff, BFSB, was the holder of a first mortgage covering real estate known as and numbered 45 Alberta Road, Chestnut Hill, Massachusetts ("Mortgaged Property") given by the defendant Michele A. DeAngelis to BFSB on December 8, 2000 and recorded with the Norfolk County Registry of Deeds at Book 14592, page 513. **(Exhibit A)**

15. Pursuant to a Court Order issued by the Bankruptcy Court, effective August 14, 2003, BFSB was authored and empowered to enter and sell the Mortgaged Property at a foreclosure sale.

16. The foreclosure sale took place on October 3, 2003, with the sale closing on December 3, 2003. BFSB sold the Mortgaged Property to Denise Rinfert for $830,000.00, which was the highest bid.

17. After subtracting $736,923.22 due to BFSB for amounts due for principal, interest, attorneys' fees and costs of the foreclosure, there remained a total amount of $93,076.78.

18. The following persons, the Defendants herein, appear on record to have an interest in the foreclosure surplus held by BFSB:

    a. The Debtor, Michele A. DeAngelis;

    b. The Trustee, Harold B. Murphy;

    c. Champion Mortgage Co., Inc., who is the holder of a mortgage in the amount of $73,000.00 made on January 19, 2001 and recorded with the Norfolk County Registry of Deeds at Book 14672, Page 157. **(Exhibit B)**

    d. Shaun Carvelli d/b/a Artistic Interiors, who is a Judgment Creditor in the amount of $3,105.29 that was issued on June 30, 2002, Civil Action No. 0158CV0072. **(Exhibit C)**

    e. Ellen R. Marcus, who is the holder of a mortgage in the amount of $40,000.00 made on January 3, 2003 and recorded with the Norfolk County Registry of Deeds at Book 18199, Page 098. **(Exhibit D)**

    f. Mark T. Collins, who is the holder of a Writ of Attachment in the amount of $2,500.00 that was issued on December 10, 2002, Civil Action No. 0209CV0257 and recorded with the Norfolk County Registry of Deeds on December 20, 2002. **(Exhibit E)**

    g. The Massachusetts Department of Revenue, who filed a Tax Lien in the amount of $22,768.81 that was recorded with the Middlesex Registry of Deeds. **(Exhibit F)**

    h. The Internal Revenue Service, who filed a Notice of Tax Lien, Serial Number 40213453, in the amount of $38,588.30 that was recorded with the Norfolk County Registry of Deeds on October 4, 2002. **(Exhibit G)**

19. By reasons of the conflicting claims of the Defendants, BFSB is in doubt as to which Defendants are entitled to the surplus of $93,076.78.

WHEREFORE, the plaintiff Boston Federal Savings Bank prays;

1. That each of the Defendants be ordered to appear and prove their claims, if any to the surplus held by BFSB;

2. That BFSB be permitted to pay funds held by it, to wit $93,076.78 less costs, expenses and attorneys' fees incurred by BFSB in this action, into the Court for such further order that this Honorable Court deems proper;

3. That the rights to the Defendants named herein to the funds paid into the Court be determined by the Court;

4. That this action be discontinued as to BFSB, it being merely a stake holder and having no interest in said funds;

5. That this Honorable Court grant such other and further relief as it deems necessary and just.

                              Respectfully submitted,

                              BOSTON FEDERAL SAVINGS BANK,
                              By its attorneys,

                              Adam J. Ruttenberg, BBO 553158
                              P. Andy Henderson, Jr. BBO 655891
                              LOONEY & GROSSMAN LLP
                              101 Arch Street
                              Boston, MA 02110
Dated: January 23, 2004          (617) 951-2800

BK14592PG513

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA
CERTIFY

BARRY T. HANNON, REGISTER

——————— [Space Above This Line For Recording Data] ———————

# MORTGAGE

LN # 00-2002381-4

THIS MORTGAGE ("Security Instrument") is given on    December 8, 2000    . The mortgagor is

Michele A DeAngelis

("Borrower"). This Security Instrument is given to

Boston Federal Savings Bank

which is organized and existing under the laws of    The United States of America    , and whose address is    17 New England Executive Park
Burlington, MA  01803                              ("Lender"). Borrower owes Lender the principal sum of
Six Hundred Six Thousand Five Hundred and No/100
                                                      Dollars (U.S. $   606,500.00    ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on    January 1, 2031   . This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender, with power of sale, the following described property located in    Suffolk                                                                County, Massachusetts:

See Exhibit A attached hereto and made a part hereof.

which has the address of   45 Alberta Road,   Chestnut Hill,                              [Street, City],
Massachusetts     02467           [Zip Code]  ("Property Address");

MASSACHUSETTS - Single Family - FNMA/FHLMC
UNIFORM INSTRUMENT    Form 3022 9/90
-6R(MA)(9308).02            Amended 5/93
VMP MORTGAGE FORMS - (800)521-7291
Page 1 of 6                 Initials:


EXHIBIT A

BK 14592PG 516

22. **Release.** Upon payment of all sums secured by this Security Instrument, Lender shall discharge this Security Instrument without charge to Borrower. Borrower shall pay any recordation costs.

23. **Waivers.** Borrower waives all rights of homestead exemption in the Property and relinquishes all rights of curtesy and dower in the Property.

24. **Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument.
[Check applicable box(es)]

| [X] Adjustable Rate Rider | [ ] Condominium Rider | [ ] 1-4 Family Rider |
| [ ] Graduated Payment Rider | [ ] Planned Unit Development Rider | [ ] Biweekly Payment Rider |
| [ ] Balloon Rider | [ ] Rate Improvement Rider | [ ] Second Home Rider |
| [ ] V.A. Rider | [X] Other(s) [specify]  Property Description | |

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

Witnesses:

_____ (Seal)
Michele A DeAngelis                -Borrower

Joanne S. Liu

_____ (Seal)
                                   -Borrower

_____ (Seal)
                                   -Borrower

_____ (Seal)
                                   -Borrower

COMMONWEALTH OF MASSACHUSETTS,   Suffolk         County ss:

On this  6th  day of  December  , 2000, before me personally appeared
Michele A DeAngelis
                                                                      , to me
known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he/she/they executed the same as his/her/their free act and deed.

My Commission Expires:

Notary Public  JOANNE S. LIU
               NOTARY PUBLIC
               My Commission Expires December 24, 2004

DOC #:071606  APPL #:0020023814  LOAN #:00-2002381-4

-6R(MA) (9008).02   CHG1 9305.03           Page 6 of 6                Form 3022 9/90

BK 14672 PG 157

CHAMPION MORTGAGE CO., INC., 20 WATERVIEW BOULEVARD, PARSIPPANY, NEW JERSEY 07054

File# 1414409   Cust# 1190568

CUSHING & DOLAN, P.C.
520 PROVIDENCE HIGHWAY, #10
NORWOOD, MA 02062
781-278-9901

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA
CERTIFY

PAUL D. HAROLD, REGISTER

006915

01 JAN 24 AM 9:56

[Space Above This Line for Recording Data]

## MASSACHUSETTS ADJUSTABLE RATE PAYMENT MORTGAGE - FIRST OR SECOND LIEN

THE NOTE SECURED BY THIS MORTGAGE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN THE INTEREST RATE AND THE MONTHLY PAYMENT. THE NOTE LIMITS THE AMOUNT BORROWER'S INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM AND MINIMUM RATES THE BORROWER MUST PAY.

THIS MORTGAGE ("Security Instrument") is given on JANUARY 19, 2001. The Mortgagor is MICHELE A. DEANGELIS, whose address is 45 ALBERTA ROAD, CHESTNUT HILL, MA 02467 ("Borrower"). This Security Instrument is given to Champion Mortgage Co., Inc., which is organized and existing under the laws of New Jersey, and whose address is 20 Waterview Boulevard, Parsippany, New Jersey 07054-1267 ("Lender"). Borrower owes Lender the principal sum of SEVENTY THREE THOUSAND AND 00/100 Dollars (U.S. $73,000.00). This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on JANUARY 24, 2016. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender, with the STATUTORY POWER OF SALE, the following described property located in the County of NORFOLK, Massachusetts:

-See Schedule A Attached Hereto and Made a Part Hereof-

which has the address of 45 ALBERTA ROAD, BROOKLINE, MA; ("Property Address");

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property".

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record. Borrower and Lender covenant and agree as follows:

1.   Payment of Principal and Interest; Prepayment and Late Charges.

Borrower shall promptly pay when due the principal of and interest on the debt evidenced by the Note and any prepayment and late charges due under the Note.

2.   Funds for Taxes and Insurance.

Subject to applicable law or to a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes and assessments which may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard or property insurance premiums; (d) yearly flood insurance premiums, if any; (e) yearly mortgage insurance premiums, if any; and (f) any sums payable by Borrower to Lender, in accordance with the provisions of paragraph 8, in lieu of the payment of mortgage insurance premiums. These items are called "Escrow Items". Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for Borrower's escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. § 2601 et seq. ("RESPA"), unless another law that applies to the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount.



CMC: MA 1st or 2nd Lien; Massachusetts Adjustable Rate Payment Mortgage - First or Second Lien; Rev 4/00   Page 1 of 8   Doc ID# 74116

BK14672PG162

22. **Riders to this Security Instrument.**

If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument.

- REQUEST FOR NOTICE OF DEFAULT AND FORECLOSURE
UNDER SENIOR MORTGAGES OR DEEDS OF TRUST -

Borrower and Lender request the holder of any mortgage or deed of trust or other lien or encumbrance which claims to have priority over this Security Instrument (any of such a "senior lien") to give notice to Lender, at Lender's address set forth on the first page of this Security Instrument, or at any other address for notice provided by Lender to such holder, of any default under any such senior lien and of any intended foreclosure, sale or other action to enforce such senior lien. This request for notice is not intended, nor shall it constitute an admission by the holder of this Security Instrument that any mortgage, deed of trust or other lien or encumbrance has priority over this Security Instrument.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

In Witness Whereof, Borrower has signed and sealed this Security Instrument.

_____
MICHELE A. DEANGELIS

Witness: _____

COMMONWEALTH OF MASSACHUSETTS  )
                                ) ss.
COUNTY OF SUFFOLK               )

On this 19th day of JANUARY, 2001, before me personally appeared MICHELE A. DEANGELIS to me known to be the person(s) described in and who executed the foregoing instrument and acknowledged that he/she/they executed the same as his/her/their free act and deed.

_____
Notary Public
My Commission Expires: 04/26/02

ANN M. Cushing

Record and Return to:

Champion Mortgage Co., Inc.
20 Waterview Boulevard
Parsippany, NJ 07054-1267



BK 14672PG163

33

EXHIBIT A

45 Alberta Road, Brookline, MA

A certain parcel of land with the buildings thereon, situated in Brookline, Norfolk County, Massachusetts, and being shown as Lot #23B on a Plan entitled: "Plan one, Whipple Estate, Brookline, Mass. owned by Bonelli-Adams Co., dated Dec. 17, 1928, Ernest Branch, C.E.", and recorded in the Norfolk Registry of Deeds at the end of Book 1862, and being bounded and described as follows:

| | |
|---|---|
| SOUTHWESTERLY | by Alberta Road, eighty (80) feet; |
| SOUTHEASTERLY | By Lot #24 on said plan, one hundred twenty and 4/100 (120.04) feet; |
| NORTHEASTERLY | by Lot #7 on said plan, eighty-one and 26/100 (81.26) feet; |
| NORTHWESTERLY | by Lot #23A on said plan, one hundred twenty (120) feet. |

Containing 9675 square feet of land, more or less.

For grantor's title see deed recorded at book 14592, page 512.

| Trial Court of Massachusetts District Court Department | DATE FILED 1/25/01 | TIME STANDARDS TRIAL DEADLINE 1/31/02 | DOCKET NUMBER 0158 CV 0072 |
|---|---|---|---|
| | PLAINTIFF Shaun Carvelli D/B/A Artistic Interiors | | DEFENDANT Michelle DeAngelis |
| Hingham District Court 28 Geo. Washington Blvd. Hingham, Ma. 02043 | PLAINTIFF ATTORNEY Walter B. Sullivan, Esq. Sullivan & Sullivan, P.C. 80 Washington St., Unit 7 Norwell, Ma. 02061 (781) 871-6500 | | DEFENDANT ATTORNEY Michael A. Crowe, Esq. 2 Newton Executive Park Suite 108 Newton, Ma. 02462 (617) 244-5620 |

MONEY DAMAGE ACTION (TIME STANDARDS)
☐ Remand   ☐ District Court Filing   ☐ SUMMARY PROCESS   ☐ VICTIM VIOLENT CRIME   ☐ OTHER CIVIL

## WRIT OF EXECUTION ON MONEY JUDGMENT

To the Sheriffs of the several counties of the Commonwealth or their deputies, or (subject to the limitations of G.L. c. 41, § 92) any Constable of any city or town within the Commonwealth:

The plaintiff named above has recovered judgment against the defendant in the amount shown below.

WE COMMAND you, therefore, to cause payment to be made to the plaintiff in the amount of the judgment total shown below, plus postjudgment interest thereon until the date of payment in accordance with G.L. c. 235, § 8, and to collect your own fees as provided by law, from out of the value of any real or personal property of the defendant found within your territorial jurisdiction.

This execution is valid for twenty years from the date of judgment. It must be returned to the court along with your return of service within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| ACTING FIRST JUSTICE WITNESS: WILLIAM J. RILEY | DATE OF ISSUE 7/30/02 | CLERK MAGISTRATE OR ASSISTANT CLERK |
|---|---|---|
| OFFICER'S RETURN Fees _____ _____ _____ _____ TOTAL FEES _____ | DATE OF SERVICE: RECEIVED AND RECORDED NORFOLK COUNTY REGISTRY OF DEEDS DEDHAM, MA CERTIFY Richard F. Kennedy RICHARD F. KENNEDY, ACTING REGISTER | SIGNATURE OF OFFICER |

139086
02 AUG 14 PM 3:05

DATE OF ENTRY OF JUDGMENT AMENDED 7/15/02   ☒ CIVIL   ☐ SUMMARY PROCESS

☒ Judgment for _____Plaintiff_____

☒ $ __2,500.00__ (on Count I only) damages, plus $ __440.55__ prejudgment interest and $ __149.50__ costs
plus $ __15.24__ interest from date of judgment entry to date of execution

☒☒ ~~Possession~~

A TRUE COPY, ATTEST
Maureen A. Goeke
DEPUTY SHERIFF
DATE _____

BK18199PG098

32/20

After Recording Return To:

ELLEN R. MARCUS
110 Clark Road
Brookline, MA 02446

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA
CERTIFY

*[signature]*
WILLIAM P. O'DONNELL, REGISTER

——————————[Space Above This Line For Recording Data]——————————

# MORTGAGE

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated February 5, 2003, together with all Riders to this document.

(B) "Borrower" is Michele A. DeAngelis, a/k/a Michele D. DeAngelis. Borrower is the mortgagor under this Security Instrument.

(C) "Lender" is Ellen R. Marcus. Lender's address is 110 Clark Road, Brookline, MA 02446. Lender is the mortgagee under this Security Instrument.

(D) "Note" means the promissory note signed by Borrower and dated February 5, 2003. The Note states that Borrower owes Lender FORTY THOUSAND AND 00/100 DOLLARS (US $40,000.00) with no interest. Borrower has promised to pay this debt in full not later than June 4, 2003.

(E) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(G) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following riders are to be executed by Borrower. [check box as applicable]:

| [ ] Adjustable Rate Rider | [ ] Condominium Rider | [ ] Second Home Rider |
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [ ] Other(s) [Specify] |
| [ ] 1-4 Family Rider | [ ] Bi-Weekly Payment Rider | |



MASSACHUSETTS—Single Family—Fannie Mac/Freddie Mac UNIFORM INSTRUMENT    Form 3022 1/01  Page 1 of 15

03FEB10 PM 9:22    0311149

BK18199PG112

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider(s) executed by Borrower and recorded with it.

Witness:

_____    _____    - Seal
David C. Levin                    Michele A. DeAngelis, a/k/a            Borrower
                                  Michele D. DeAngelis

_____ [Space Below This Line For Acknowledgment] _____

COMMONWEALTH OF MASSACHUSETTS

Norfolk, ss                                                February 5, 2003.

Then personally appeared the above-named Michele A. DeAngelis, a/k/a Michele D. DeAngelis and acknowledged the foregoing instrument to be her free act and deed, before me.

                                          _____
                                          David C. Levin, Notary Public
                                          My Commission Expires: 12/22/06

MASSACHUSETTS - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT          Form 3022 1/81  Page 15 of 15



BK18199PG118

### Exhibit "A"

A certain parcel of land with the buildings thereon, situated in Brookline, Norfolk County, Massachusetts, and being shown as Lot #23B on a Plan entitled: "Plan one, Whipple Estate, Brookline, Mass. owned by Bonelli-Adams Co., dated Dec. 17, 1928, Ernest Branch, C. E.", and recorded in the Norfolk Registry of Deeds at the end of Book 1862, and being bounded and described as follows:

| | |
|---|---|
| SOUTHWESTERLY | by Alberta Road, eighty (80) feet; |
| SOUTHEASTERLY | by Lot #24 on said plan, one hundred twenty and 4/100 (120.04) feet; |
| NORTHEASTERLY | by Lot #7 on said plan, eighty-one and 26/100 (81.26) feet; |
| NORTHWESTERLY | by Lot #23A on said plan, one hundred twenty (120) feet |

Containing 9675 square feet of land, more or less.

Said premises are conveyed subject to restrictions of record so far as the same may now be in force and applicable, and subject to and with the benefit of right of way in and to streets shown on said Plan.

For title see Deed of Michele D. DeAngelis, et al, dated December 8, 2000 and recorded with the Norfolk County Registry of Deeds in Book 14592, Page 512.

Subject to a Mortgage to Boston Federal Savings Bank in the principal amount of $606,500.00, dated December 8, 2000 and recorded with the Norfolk County Registry of Deeds in Book 14592, Page 513.

Subject to a Mortgage to Champion Mortgage Co., Inc. in the principal amount of $73,000.00, dated January 19, 2001 and recorded with the Norfolk County Registry of Deeds in Book 14672, Page 157.

Subject to Writ of Execution on Money Judgment dated July 30, 2002 and recorded with the Norfolk County Registry of Deeds in Book 17011, Page 593.

Subject to Notice of Federal Tax Lien dated October 2, 2002 and recorded with the Norfolk County Registry of Deeds in Book 17330, Page 229.

Subject to Writ of Attachment dated December 10, 2002 and recorded with the Norfolk County Registry of Deeds as Instrument No. 236675.

MASSACHUSETTS - Single Family -- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                    Form 3022 1/01

# Commonwealth of Massachusetts
### DISTRICT COURTS OF MASSACHUSETTS
### BROOKLINE DIVISION — CIVIL SECTION

Norfolk, ss.                                                                                    SEAL

Mark T. Collins
_____
Plaintiff                        Civil No. 02 09 CV 0257

Michelle M. DeAngelis
_____
Defendant

To the Sheriffs of our several Counties or their Deputies, or a Constable    **WRIT OF ATTACHMENT**
of any City or Town within the Commonwealth:

2366675

WE COMMAND you to attach the goods or estate of Defendant Michelle M. DeAngelis of 45 Alberta Road, Chestnut Hill, MA, to the value of $2,500 (the amount authorized), as prayed for by Plaintiff Mark T. Collins of Sudbury, MA, whose attorney is Mark T. Collins of 329D Boston Post Rd, Sudbury, MA, an action brought by said Plaintiff Mark T Collins against said Defendant Michelle M. DeAngelis in the Brookline District Court Department for Civil Business, and make due return of this writ with your doings thereon.

The complaint in this case was filed on November 22, 2002

This attachment was approved on December 10, 2002, by Thomas J. May, J., In the amount of $2,500.00

WITNESS ~~THOMAS J. MAY~~ Presiding Justice, the _____ day of _____, 19_____

**THOMAS J. MAY**

Brian K Lawlin
_____ Clerk/Magistrate
CLERK MAGISTRATE

Date _____

After notice, and hearing, permission to appoint a keeper over attached property of the defendant
$ _____
to wit: _____
(description of property)
located at _____
is hereby granted.
Justice _____

Date _____
(after ex parte approval)
After notice and hearing, permission to hereby given to make an attachment of the real estate of the defendant in _____
County in the sum of $ _____
Justice _____

**PROOF OF ATTACHMENT**

I hereby certify and return that on _____, 19____, I attached the property of the within-named defendant in the following manner:

A TRUE COPY ATTEST:
Anita T Kindigas
DEPUTY SHERIFF
DATE 12/20/02

Dated _____ 19____ RECEIVED AND RECORDED NORFOLK COUNTY REGISTRY OF DEEDS DEDHAM, MA

N.B. to Process Server:
CERTIFY
When an attachment is made subsequent to service of the summons and complaint upon the defendant, a copy of the writ of attachment with your return thereon must be promptly served upon the defendant in the manner provided by Rule 5.

WILLIAM P. O'DONNELL, REGISTER

X-5314

Norfolk, SS
By virtue of this Writ, on **12/20/2002** at **8:42 am** in the forenoon I attached all the right, title and interest that the within named defendant(s), **Michelle M. DeAngelis** has/have in and to any and all real estate in the County of Norfolk .

*Anita T. Kintigas*
Deputy Sheriff

Law Office of Mark T. Collins
329 D Boston Post Road
Sudbury, MA 01776

Jacket: 02222271

UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS; DIVISION: BOSTON
PROOF OF CLAIM FOR MASSACHUSETTS TAXES

IN RE: Michele A. DeAngelis

CHAPTER 13
DOCKET 03-11074 WCH
PETITION DATE 02/11/2003

SSN: 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

CONVERSION TO CH.   FROM   ON

SSN:
Fed ID No:
CREDITOR: MASSACHUSETTS DEPARTMENT OF REVENUE, LITIGATION BUREAU, BANKRUPTCY
51 Sleeper Street, 3rd Floor, Boston, MA    Phone: (617) 626-3875  Fax: (617) 626-3796

**ALL NOTICES, PLEADINGS AND CORRESPONDENCE TO MAILING ADDRESS:**
P.O. BOX 55484, BOSTON, MA 02205

☐ AMENDED PROOF OF CLAIM IN ADDITION TO PROOF OF CLAIM FILED
☒ AMENDED PROOF OF CLAIM TO SUPERSEDE PROOF OF CLAIM FILED   07/01/2003

1. THE COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF REVENUE FILES THIS PROOF OF CLAIM FOR UNPAID MASSACHUSETTS TAXES, INCLUDING INTEREST AND PENALTIES CALCULATED TO THE PETITION DATE OR CONVERSION DATE AS APPLICABLE.

2. THE AMOUNTS LISTED IN PARAGRAPHS A, B, C AND D BELOW ARE SUMMARIES OF THE AMOUNTS DUE FOR EACH CATEGORY OF CLAIM. A DETAILED STATEMENT OF THE TAX PERIODS AND THE AMOUNTS DUE IS ATTACHED. THE TYPE OF TAX IS IDENTIFIED BY LETTER CODES AS SHOWN AT THE TOP OF THE DETAIL PAGES.

3. TAX PERIODS ON ATTACHED PAGES ARE MARKED BY AN ASTERISK (*) IF THE AMOUNTS FOR THOSE PERIODS ARE ESTIMATED.

4. TO THE EXTENT THAT ANY PRE-PETITION TAX, OR POST-PETITION INTEREST AND PENALTIES ATTRIBUTABLE TO PRE-PETITION TAX, ARE NONDISCHARGABLE AND REMAIN UNPAID, THEY MAY BE COLLECTED FROM THE DEBTOR OR FROM ANY OTHER LIABLE ENTITY.

5. TO THE EXTENT THAT A CLAIM IS IDENTIFIED AS A SECURED CLAIM AND IS UNDERSECURED PURSUANT TO 11 U.S.C.SEC 506, THE UNSECURED PORTION CONSISTING OF TAX AND INTEREST IS ASSERTED AS AN UNSECURED PRIORITY CLAIM, AND THE UNSECURED PORTION CONSISTING OF PENALTY IS ASSERTED AS A GENERAL UNSECURED CLAIM. THE COMMONWEALTH OF MASSACHUSETTS DOES NOT WAIVE OR INTEND TO WAIVE ELEVENTH AMENDMENT SOVEREIGN IMMUNITY FOR ITSELF OR ANY OF ITS OFFICERS OR AGENCIES INCLUDING THE DEPARTMENT OF REVENUE BY FILING THIS PROOF OF CLAIM.

6. MASSACHUSETTS CLAIMS A SETOFF OF PRE-PETITION TAX REFUNDS AGAINST THIS CLAIM.

7. FOR ADMINISTRATIVE CLAIMS, INTEREST AND PENALTY ARE DUE UNTIL PAID. INTEREST AND PENALTY HAVE BEEN CALCULATED TO THE FILING DATE OF THIS CLAIM.

ANY QUESTIONS OR CORRESPONDENCE CONCERNING THIS CLAIM SHOULD BE ADDRESSED TO JIMMY M. WONG AT THE ABOVE MAILING ADDRESS OR BY TELEPHONE: (617) 626-3806

A. SECURED CLAIM   (Notice of statutory tax lien filed pursuant to M.G.L. c.62C SEC 50):     $10,845.17
POST-PETITION INTEREST IS INCLUDED TO THE EXTENT ALLOWED BY 11 U.S.C. SEC 506(b).

B. UNSECURED PRIORITY CLAIM UNDER 11 U.S.C. SEC 507(a)(8):     $10,725.02
FOR CH.11 CASES, INTEREST ACCRUES AFTER THE EFFECTIVE DATE OF THE PLAN. 11 U.S.C. SEC 1129(a)(9)(C).

C. GENERAL UNSECURED CLAIM:     $1,198.62

D. ADMINISTRATIVE CLAIM:     $0.00

**COPY**

TOTAL:  $22,768.81

AUTHORIZED SIGNATURE,
DAVID A. BLOMBERG, SUPERVISOR, BANKRUPTCY UNIT, MDOR

DATE:   08/08/2003


For Court Use Only

498

Form 668 (Y)(c)
(Rev. October 2000)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA Lien Unit Phone: (800) 829-3903 | Serial Number 40213453 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA
CERTIFY

*William P O'Donnell*
WILLIAM P. O'DONNELL, REGISTER

175462

Name of Taxpayer  MICHELLE A DEANGELIS

Residence  45 ALBERTA RD
BROOKLINE, MA 02467-3114

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

02 OCT -4 AM 10:01

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | 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 | 11/20/2000 | 12/20/2010 | 6057.2? |
| 1040 | 12/31/2000 | 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 | 12/17/2001 | 01/16/2012 | 32531.0? |

Place of Filing
Registry of Deeds
Norfolk County
Dedham, MA 02026

Total $ 38588.30

This notice was prepared and signed at  Boston, MA , on this,

the 02nd day of October , 2002.

Signature *Cathleen C. Grant* for C SILLS

Title ACS (800) 829-3903

21-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X