UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON FEDERAL SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE A. DEANGELIS,<br>HAROLD B. MURPHY, TRUSTEE,<br>CHAMPION MORTGAGE CO., INC.,<br>SHAUN CARVELLI D/B/A ARTISTIC<br>INTERIOR, ELLEN R. MARCUS,<br>MARK T. COLLINS,<br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE, and INTERNAL<br>REVENUE SERVICE,<br><br>Defendants. | Case No. 04-10474 GAO<br><br>Formerly 04-0305<br>Suffolk Co. Superior Ct. |

### UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of undersigned counsel as attorney for the United States in the above-referenced proceeding.

In addition to undersigned counsel, please provide copies of all pleadings to Barbara Healy Smith, Assistant United States Attorney, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

MICHAEL J. SULLIVAN
United States Attorney

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 3/9/04

/s/ Barbara Healy Smith
Assistant U.S. Attorney