UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON FEDERAL SAVINGS BANK,<br><br>Plaintiff,<br>v.<br><br>MICHELE A. DEANGELIS,<br>HAROLD B. MURPHY, TRUSTEE,<br>CHAMPION MORTGAGE CO., INC.,<br>SHAUN CARVELLI D/B/A/ARTISTIC<br>INTERIOR, ELLEN R. MARCUS, MARK T.<br>COLLINS, MASSACHUSETTS DEPT.<br>OF REVENUE, AND THE INTERNAL<br>REVENUE SERVICE,<br><br>Defendants. | CIVIL ACTION<br>NO. 0410474-GAO<br><br>Formerly<br>Suffolk Superior Court<br>C.A. No. 04-0305 |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN
RESPONSE TO UNITED STATES' OPPOSITION TO PLAINTIFF'S
MOTION TO DEPOSIT IN COURT AND TO DISMISS PLAINTIFF**

Now comes the Plaintiff, Boston Federal Savings Bank, Inc., and moves that this Court grant leave for Plaintiff to file the attached reply brief in response to the United States' Opposition to Plaintiff's Motion to Deposit in Court and to Dismiss Plaintiff.

As grounds for this motion, Plaintiff states that the United States' Opposition raises inaccurate arguments to which a response is required.

Respectfully submitted,

BOSTON FEDERAL SAVINGS BANK,

By its attorneys,

Adam J. Ruttenberg (BBO 553158)
P. Andy Henderson, Jr. (BBO 655891)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

Dated: May 19, 2004

L:\10040\086\Pld\Interpleader\Motion for leave