UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON FEDERAL SAVINGS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELE A. DEANGELIS,<br>HAROLD B. MURPHY, TRUSTEE,<br>CHAMPION MORTGAGE CO., INC.,<br>SHAUN CARVELLI D/B/A/ARTISTIC<br>INTERIOR, ELLEN R. MARCUS, MARK T.<br>COLLINS, MASSACHUSETTS DEPT.<br>OF REVENUE, AND THE INTERNAL<br>REVENUE SERVICE,<br><br>    Defendants. | CIVIL ACTION NO. 04-10474-GAO<br><br><br>Formerly<br>Suffolk Superior Court<br>C.A. No. 04-0305 |

## CERTIFICATE OF SERVICE

I, hereby certify that on the 19th day of May 2004, I served a copy of (1) *Motion for Leave to File Reply Brief in Response to United States' Opposition to Plaintiff's Motion to Deposit in Court and to Dismiss Plaintiff*; and (2) *Reply Brief in Response to United States' Opposition to Plaintiff's Motion to Deposit in Court and to Dismiss Plaintiff* by first-class mail postage prepaid upon the following parties:

| | |
|---|---|
| David C. Levin, Esq.<br>875 Southern Artery<br>Quincy, MA 02169<br>(Counsel for Michele A. DeAngelis) | Stephen J. Turanchik<br>U.S. Department of Justice<br>P.O. Box 55<br>Ben Franklin Station<br>Washington D.C. 20044 |
| Harold B. Murphy, Esq.<br>Hanify & King<br>One Beacon Street<br>Boston, MA 02108 | Eileen Ryan McAuliffe, Esq.<br>Massachusetts Department of Revenue<br>Litigation Bureau<br>100 Cambridge Street<br>P.O. Box 9565<br>Boston, MA 02114-9565 |

| | |
|---|---|
| Edward McCarthy, Esq.<br>Rosen & McCarthy<br>4 Whittier Road<br>Natick, MA 01760<br>(Counsel for Champion Mortgage Co., Inc.) | Steven M. Carr, Esq.<br>Special Assistance United States Attorney<br>Internal Revenue Service<br>10 Causeway Street, Room 401<br>Boston, MA 02222 |
| Walter B. Sullivan, Esq.<br>Sullivan & Sullivan<br>80 Washington Street<br>Norwell, MA 02061<br>(Counsel for Shaun Carvelli d/b/a Artistic Interior) | Barbara Healy Smith, Esq.<br>Assistant United States Attorney<br>U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 |
| Ellen R. Marcus<br>110 Clark Road<br>Brookline, MA 02446 | Mark T. Collins, Esq.<br>329D Boston Post Road<br>Sudbury, MA 01776 |

Adam J. Ruttenberg BBO 553158
P. Andy Henderson, Jr. BBO 655891
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800