# Looney & Grossman LLP
### Attorneys at Law

FILED
IN CLERKS OFFICE

2004 JUN -1 P 3: 58

U.S. DISTRICT COURT
DISTRICT OF MASS

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

P. Andy Henderson, Jr.
Voicemail: Ext. 555
Email: ahenderson@lgllp.com

February 4, 2004

Harold B. Murphy, Esq.
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108

    Re:    **Boston Federal Savings Bank v. Michele A. DeAngelis et al.**
              **Suffolk Superior Court, C.A. 04-0308**

Dear Mr. Murphy:

    Pursuant to our telephone conversation today whereby you agreed to accept service of process in the above matter, enclosed please find a Complaint and a Summons. Thank you for extending us this courtesy.

    Please call if you have any questions.

                                                Very truly yours,

                                                P. Andy Henderson, Jr.

PAH/cr
Enclosures

cc:    Rebecca L. English, Vice President (w/o enc.)
        Adam J. Ruttenberg, Esq. (w/o enc.)

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION



No. 04-0308

BOSTON FEDERAL SAVINGS BANK , Plaintiff(s)

v.

HAROLD B. MURPHY, TRUSTEE , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon **P. Anderson Henderson, Jr. Looney & Grossman LLP** plaintiff's attorney, whose address is **101 Arch St., Boston, MA 02110**, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the **30th** day of **January**, in the year of our Lord two thousand **four**.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
    (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.