UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON FEDERAL SAVINGS BANK, )<br>)<br>)<br>) Plaintiff, )<br>)<br>v. )<br>)<br>MICHELE A. DEANGELIS, )<br>HAROLD B. MURPHY, TRUSTEE, )<br>CHAMPION MORTGAGE CO., INC., )<br>SHAUN CARVELLI D/B/A/ARTISTIC )<br>INTERIOR, ELLEN R. MARCUS, MARK T. )<br>COLLINS, MASSACHUSETTS DEPT. )<br>OF REVENUE, AND THE INTERNAL )<br>REVENUE SERVICE, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-10474-GAO<br><br><br>Formerly<br>Suffolk Superior Court<br>C.A. No. 04-0305 |

**ASSENTED TO MOTION TO CONTINUE
SCHEDULING CONFERENCE**

Now come the parties in the above reference interpleader action and request that this Court enter an Order continuing, for 30 days, the scheduling conference currently scheduled for **Wednesday, October 27, 2004**. As grounds for this motion, the parties state that they have reached an agreement in principal to settle the issues raised in this matter, and they believe that they will be able to file appropriate pleadings seeking entry of a judgment reflecting such settlement on or before November 29, 2004.

2

WHEREFORE, the parties request that this Court continue the scheduling conference for 30 days.

Date: October 22, 2004

| | |
|---|---|
| BOSTON FEDERAL SAVINGS BANK,<br>By its attorneys, | CHAMPION MORTGAGE CO., INC.<br>By its attorney, |
| /s/ Adam J. Ruttenberg<br>Adam J. Ruttenberg, BBO 553158<br>P. Andy Henderson, Jr. BBO 655891<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2800 | /s/ Edward McCarthy<br>Edward McCarthy, Esq. BBO 555115<br>Rosen & McCarthy<br>4 Whittier Road<br>Natick, MA 01760<br>(508) 907-6444 |
| US DEPARTMENT OF JUSTICE<br>By its attorney, | SHAUN CARVELLI D/B/A<br>ARTISTIC INTERIOR,<br>By his attorney, |
| /s/ Stephen J. Turanchik<br>Stephen J. Turanchik BBO<br>U.S. Department of Justice<br>P.O. Box 55<br>Ben Franklin Station<br>Washington D.C. 20044<br>(202) 307-6565 | /s/ Walter B. Sullivan<br>Walter B. Sullivan, Esq. BBO 555571<br>Sullivan & Sullivan<br>80 Washington Street<br>Norwell, MA 02061<br>(781) 871-6500 |

3

<u>Certificate of Service</u>

I hereby certify that on October 22, 2004 I served a copy of the foregoing document on counsel to defendants, by facsimile and first class mail, postage prepaid.

/s/ Adam J. Ruttenberg
Adam J. Ruttenberg
