```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
BOSTON FEDERAL SAVINGS BANK,      )
                                  )
         Plaintiff,               )
                                  ) Case No. 04-10474-GAO
v.                                )
                                  )
MICHELE A. DEANGELIS,             )
HAROLD B. MURPHY, TRUSTEE,        )
CHAMPION MORTGAGE CO., INC.,      )
SHAUN CARVELLI D/B/A ARTISTIC     )
INTERIORS, ELLEN R. MARCUS,       )
MARK T. COLLINS,                  )
MASSACHUSETTS DEPARTMENT OF       )
REVENUE, and INTERNAL             )
REVENUE SERVICE,                  )
                                  )
         Defendants.              )
_____)
```

## AGREED ORDER

The Plaintiff, Boston Federal Savings Bank, and defendants Champion Mortgage Co., Inc., Shaun Carvelli d/b/a Artistic Interiors, and the United States of America, on behalf of its agency the Internal Revenue Service, agree that an order can be entered as follows:

1. Ellen R. Marcus, Mark T. Collins, and Harold B. Murphy, have not answered or otherwise appeared. The Commonwealth of Massachusetts has filed a Disclaimer of interest.

2. The amount of surplus proceeds of $93,076.78, shall be divided among the remaining parties as follows:

```
Champion Mortgage Co., Inc.:   $84,146.33
Shaun Carvelli:                $ 3,000.00
United States of America:      $ 3,430.45
Boston Federal Savings:        $ 2,500.00
Total:                         $93,076.78
```

*For Champion Mortgage*:

/s/ Edward P. McCarthy
    by telephone consent
_____
Edward P. McCarthy, Esq.
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760
(508) 907-6444

*For Shaun Carvelli*:

/s/ Walter B. Sullivan
    by telephone consent
_____
Walter B. Sullivan, Esq.
Sullivan & Sullivan
80 Washington Square
Norwell, MA 02061
(781) 871-6500

*For Boston Federal Savings*:

/s/ P. Andy Henderson
    by telephone consent

_____
P. Andy Henderson
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

*For United States of America*:

/s/ Stephen J. Turanchik

_____
Stephen J. Turanchik, Esq.
U.S. Dept. of Justice
Tax Division, P.O. Box 55
Ben Franklin Station
Washington, DC 20044
(202) 307-6565

_____
DATE

_____
Hon. George A. O'Toole
U.S. District Court

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing Agreed Order has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 26th day of October, 2004:

| | |
|---|---|
| Michele DeAngelis<br>c/o David C. Levin, Esq.<br>875 Southern Artery<br>Quincy, MA 02169 | Paul Michienzie, Esq.<br>Michienzie & Sawin, LLC<br>745 Boylston St.<br>Boston, MA 02116 |
| Edward P. McCarthy, Esq.<br>Rosen & McCarthy, LLP<br>4 Whittier Road<br>Natick, MA 01760 | Adam J. Ruttenberg, Esq.<br>Looney & Grossman, LLP<br>101 Arch Street<br>Boston, MA 02110 |
| Harold B. Murphy, Trustee<br>Hanify & King, P.C.<br>One Beacon Street<br>Boston, MA 02108-3107 | Shaun Carvelli<br>d/b/a Artistic Interiors<br>c/o Sullivan and Sullivan, P.C.<br>80 Washington Square<br>Norwell, MA 02061 |
| Ellen R. Marcus<br>110 Clark Road<br>Brookline, MA 02446 | Mark T. Collins<br>329D Boston Post Road<br>Sudbury, MA 01776 |