UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON FEDERAL SAVINGS BANK,  )<br> )<br>  )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>MICHELE A. DEANGELIS,  )<br>HAROLD B. MURPHY, TRUSTEE,  )<br>CHAMPION MORTGAGE CO., INC.,  )<br>SHAUN CARVELLI D/B/A/ARTISTIC  )<br>INTERIOR, ELLEN R. MARCUS, MARK T.  )<br>COLLINS, MASSACHUSETTS DEPT.  )<br>OF REVENUE, AND THE INTERNAL  )<br>REVENUE SERVICE,  )<br> )<br>Defendants.  )<br> ) | CIVIL ACTION<br>NO. 04-10474-GAO<br><br><br><br><br>Formerly<br>Suffolk Superior Court<br>C.A. No. 04-0305 |

**STIPULATION**

Now come the parties in the above interpleader action and, by agreement, request that the Agreed Order signed by the Clerk on Wednesday, October 27, 2004 be deemed to constitute a final judgment.

WHEREFORE, the parties request that this Court enter a final judgment in the above interpleader action.

Date: November 3, 2004

| | |
|---|---|
| BOSTON FEDERAL SAVINGS BANK,<br>By its attorneys, | CHAMPION MORTGAGE CO., INC.<br>By its attorney, |
| /s/ Adam J. Ruttenberg<br>Adam J. Ruttenberg, BBO 553158<br>P. Andy Henderson, Jr. BBO 655891<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2800 | /s/ Edward McCarthy  (By permission)<br>Edward McCarthy, Esq. BBO 555115<br>Rosen & McCarthy<br>4 Whittier Road<br>Natick, MA 01760<br>(508) 907-6444 |
| US DEPARTMENT OF JUSTICE<br>By its attorney, | SHAUN CARVELLI D/B/A<br>ARTISTIC INTERIOR,<br>By his attorney, |
| /s/ Stephen J. Turanchik  (By permission)<br>Stephen J. Turanchik BBO<br>U.S. Department of Justice<br>P.O. Box 55<br>Ben Franklin Station<br>Washington D.C. 20044<br>(202) 307-6565 | /s/ Walter B. Sullivan  (By permission)<br>Walter B. Sullivan, Esq. BBO 555571<br>Sullivan & Sullivan<br>80 Washington Street<br>Norwell, MA 02061<br>(781) 871-6500 |

Certificate of Service

I hereby certify that on November 3, 2004, I served a copy of the foregoing document on counsel to defendants, by facsimile and first class mail, postage prepaid.

/s/ Adam J. Ruttenberg
Adam J. Ruttenberg