UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON FEDERAL SAVINGS BANK
        Plaintiff(s)

v.                                      CIVIL ACTION NO. 04-10474-GAO

MICHELE A. DEANGELIS, ETAL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

        The Agreed Order signed by the court on Wednesday, October 27, 2004 constitutes a final judgment.

                                        TONY ANASTAS,
                                        CLERK OF COURT

Dated: 11/4/04                            By  Paul S. Lyness
                                                  Deputy Clerk

(Judgment Civil.wpd - 11/98)                                        [jgm.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON FEDERAL SAVINGS BANK
        Plaintiff(s)

v.                                              CIVIL ACTION NO. 04-10474-GAO

MICHELE A. DEANGELIS, ETAL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

        The Agreed Order signed by the court on Wednesday, October 27, 2004 constitutes a final judgment.

                                                                      TONY ANASTAS,
                                                                      CLERK OF COURT

Dated: 11/4/04                                           By Paul S. Lyness
                                                                       Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON FEDERAL SAVINGS BANK
        Plaintiff(s)

v.   CIVIL ACTION NO. 04-10474-GAO

MICHELE A. DEANGELIS, ETAL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Agreed Order signed by the court on Wednesday, October 27, 2004 constitutes a final judgment.

TONY ANASTAS,
CLERK OF COURT

Dated: 11/4/04   By Paul S. Lyness
                                   Deputy Clerk

(Judgment Civil.wpd - 11/98)        [jgm.]